IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY BUTLER,<br>    Plaintiff | 3:15-cv-2395 |
| v. | (Judge Mariani) |
| UNITED STATES OF AMERICA, et al.,<br>    Defendants | |

## ORDER

**AND NOW**, this _13th_ day of January, 2016, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion, (Doc. 13), for leave to file an amended complaint is **GRANTED.**

2. Plaintiff's proposed amended complaint is accepted. This case will proceed on the amended complaint as filed. (Doc. 13-1).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge