IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY BUTLER, | : | Civil No. 3:15-cv-2395 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| RODWAN K. RAJJOUB, | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this \_\_7th\_\_ day of February, 2017, upon consideration of Defendant's motion (Doc. 36) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 36) to dismiss is **GRANTED**.

    a. All claims against Rodwan K. Rajjoub are **DISMISSED**.

    b. The Clerk of Court is directed to **TERMINATE** Rodwan K. Rajjoub as a party to this action.

2. The motion (Doc. 35) for joinder is **DENIED**.

3. Plaintiff is granted **28 days from the date of this Order** to file a Second Amended Complaint in accordance with Federal Rule of Civil Procedure 20. Failure to timely file a Second Amended Complaint may result in the dismissal of Plaintiff's action.

_____
Robert D. Mariani
United States District Judge